UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No. 2:16-cr-1-01

DAMON RAMONE BELCHER

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 13, 2016 for an initial appearance on an indictment. The government moved for detention which was supported by recommendation of pretrial services. Defendant reserved the right to detention hearing at a later time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                  */s/ Timothy P. Greeley*
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: 1/14/2016